IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
INTERNATIONAL HOUSE OF         )
PANCAKES, INC., and IHOP       )
PROPERTIES, INC.,              )
                               )
          Plaintiffs,          )        8:07CV28
                               )
     v.                        )
                               )
FREDERICK EDEGVELE, E-FRED,    )        ORDER AND JUDGMENT
INC., and TWINS, INC.,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation for entry of judgment (Filing No. 9) and the motion for entry of judgment pursuant to agreed stipulation (Filing No. 10). Pursuant thereto,

IT IS ORDERED:

1) The stipulation for entry of judgment is approved and adopted by this Court.

2) Judgment is entered in favor of the plaintiffs and against defendants as set forth in said stipulation.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court